UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johana Karelis Gonzalez Quintero,

Petitioner,

v.

Warden, Mahoning County Jail,

Respondent.

Case No. 4:26-cv-1470

ORDER

Petitioner Johana Karelis Gonzalez Quintero filed a motion to dismiss her petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. No. 1), because she no longer is detained within this Court's jurisdiction. (Doc. No. 13). I grant Petitioner's motion and dismiss this case without prejudice.

I deny Respondent's motion to show cause, (Doc. No. 6), and Petitioner's motion to notify the court of transfer, to update custody location, and for appropriate habeas relief, (Doc. No. 12), as moot.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge